IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| EDDIE LEE BAGBY #1162016 | § | |
| | § | CIVIL ACTION NO. 9:05cv66 |
| WARDEN OLIVER, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Eddie Bagby, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Bagby complains of a disciplinary case which he received for possession of an excessive amount of sheets. On May 6, 2005, the Magistrate Judge issued a Report recommending that the lawsuit be dismissed as frivolous. Bagby received a copy of this Report on May 9, 2005, but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc)*.

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge and has determined that this Report is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

1

   ORDERED that the above-styled civil action be and hereby is DISMISSED with prejudice as frivolous.  It is further

   ORDERED that any and all motions which may be pending in this cause are hereby DENIED.

  **SIGNED** this the **12** day of **July, 2005.**

_____
Thad Heartfield
United States District Judge