IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| EDDIE LEE BAGBY #1162016 | § | |
| | § | CIVIL ACTION NO. 9:05cv66 |
| WARDEN OLIVER, ET AL. | § | |

## FINAL JUDGMENT

The above-styled civil rights lawsuit having come before the Court for consideration, and a decision having been duly rendered, it is hereby

ORDERED and ADJUDGED that no relief is granted to the Plaintiff and that the above-styled civil action is hereby DISMISSED with prejudice as frivolous.

**SIGNED** this the 12 day of **July, 2005.**

_____
Thad Heartfield
United States District Judge